**BAYRAMOGLU OFFICES LLC**
NIHAT DENIZ BAYRAMOGLU (NV BAR: 14030)
deniz@bayramoglu-legal.com
GOKALP BAYRAMOGLU (Nevada Bar 15500)
gokalp@bayramoglu-legal.com
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Non-Parties*

**BAILEY KENNEDY**
Joshua M. Dickey
Nevada Bar No. 6621
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com

**TECHMARK**
Neil D. Greenstein
Virginia Bar No. 18555
(ADMITTED PRO HAC VICE)
1934 Old Gallows Road, 3rd Floor
Vienna, Virginia 22182
Telephone: 347.514.7717
Facsimile: 408.280.2250
ndg@techmark.com
*Attorneys for Plaintiff Wheel Pros, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **WHEEL PROS, LLC,**<br><br>            Plaintiff,<br><br>vs.<br><br>**RHINO TIRE USA, LLC, et al.,**<br><br>            Defendants. | Case Number<br>2:23-cv-00650-GMN-VCF<br><br>**ORDER TO CONTINUE THE EVIDENTIARY HEARING ON PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SUBPOENAS**<br><br>**(FIRST REQUEST)** |

1

Plaintiff Wheel Pros, LLC ("Plaintiff") and Non-Parties Nazly Aileen Bayramoglu and Bayramoglu Law Offices LLC ("Non-Parties" or "BLO"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 25, 2023 Plaintiff filed a Motion to Compel Responses to Subpoenas Issued to Nazly Aileen Bayramoglu and Bayramoglu Law Offices LLC (ECF No. 1).
2. On May 9, 2023 Non-Parties filed their Opposition to Plaintiff's Motion to Compel Responses to [Rule 45] Subpoenas (ECF No. 7).
3. On May 16, 2023 Plaintiff filed a Reply in Support of Motion to Compel Responses to Subpoenas (ECF No. 9).
4. On May 31, 2023 the Honorable Cam Ferenbach ordered an evidentiary hearing on the motion to compel responses to subpoenas for June 23, 2023 at 10:00 AM in Courtroom 3D (ECF No. 11).
5. The parties are actively engaged and close to reaching an agreement that renders Plaintiff's Motion as moot.
6. Accordingly, the parties stipulate to continue the hearing to three weeks to July 14, 2023 or as soon thereafter as the Court's schedule permits.
7. This is the first stipulation to continue the evidentiary hearing and is made in good faith and not in an attempt to delay proceedings.

Respectfully submitted this 19th day of June, 2023.

| **BAILEY KENNEDY** | **Bayramoglu Law Offices LLC** |
|---|---|
| By: /s/ *Joshua M. Dickey* | By: /s/ *Nihat Deniz Bayramoglu* |
| Joshua M. Dickey | Nihat Deniz Bayramoglu |
| Nevada Bar No. 6621 | Nevada Bar No. 14030 |
| 8984 Spanish Ridge Avenue | 1540 West Warm Springs Road Ste. 100 |
| Las Vegas, Nevada 89148-1302 | Henderson, NV 89014 |
| Telephone: 702.562.8820 | Tel: (702) 462-5973 |
| Facsimile: 702.562.8821 | deniz@bayramoglu-legal.com |
| JDickey@BaileyKennedy.com | *Attorneys for Non-Parties* |

**TECHMARK**
Neil D. Greenstein
Virginia Bar No. 18555
(ADMITTED PRO HAC VICE)
1934 Old Gallows Road, 3rd Floor
Vienna, Virginia 22182
Telephone: 347.514.7717
Facsimile: 408.280.2250
ndg@techmark.com
*Attorneys for Plaintiff Wheel Pros, LLC*

## ORDER

Having considered the parties Stipulation and good cause appearing,

IT IS ORDERED that the hearing scheduled for June 23, 2023 at 10:00 AM is hereby continued to July 14, 2023 at 10:00 am in LV Courtroom 3B.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2023