**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

|  |  |
|---|---|
| WHEEL PROS, LLC, | |
| Plaintiff(s), | |
| v. | 2:23-cv-00650-GMN-VCF |
| RHINO TIRE USA, LLC; QINGDAO RHINO INTERNATIONAL CO., LTD.; and QINGDAO RHINO INT'L CO., LTD., | **ORDER** |
| Defendant(s). | |

Before the court is the stipulation and order regarding hearing on plaintiff's motion to compel responses to subpoenas (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that the stipulation and order regarding hearing on plaintiff's motion to compel responses to subpoenas (ECF No. 14), is GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing scheduled for July 14, 2023, is converted to a video status hearing.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 13, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

1. • Do not talk over one another.
2. • State your name prior to speaking for the record.
3. • Do not have others in the video screen or moving in the background.
4. • No recording of the hearing.
5. • No forwarding of any video conference invitations.
6. • Unauthorized users on the video conference will be removed.
7.
8. DATED this 5th day of July 2023.
9.
10. _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE